AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 1:18-cv-480    **DATE FILED** 3/29/2018 | U.S. District Court for the District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Incarcerated Entertainment, LLC | CNBC LLC, NBCUniversal Media, LLC, Kurtis Productions, Ltd., Hulu, LLC, Google LLC, Apple Inc., and Amazon.com, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  VA 2-037-974 | Incarcerated Entertainment Stock Photo 1 | photograph |
| 2  VA 2-037-975 | Incarcerated Entertainment Stock Photo 2 | photograph |
| 3  VA 2-037-976 | Incarcerated Entertainment Stock Photo 3 | photograph |
| 4  VA 2-037-977 | Incarcerated Entertainment Stock Photo 4 | photograph |
| 5  see attached sheet | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

AO 121 (6/90) – continued

*Incarcerated Entertainment, LLC v. CNBC LLC, NBCUniversal Media, LLC, Kurtis Productions, Ltd., Hulu, LLC, Google LLC, Apple Inc., and Amazon.com, Inc.*

U.S. District Court for the District of Delaware
Docket No. 1:18-cv-480

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| VA 2-037-978 | Incarcerated Entertainment Stock Photo 5 | photograph |
| VA 2-037-979 | Incarcerated Entertainment Stock Photo 6 | photograph |
| VA 2-054-419 | Incarcerated Entertainment Stock Photo 7 | photograph |
| VA 2-037-982 | Incarcerated Entertainment Stock Photo 9 | photograph |
| VA 2-037-983 | Incarcerated Entertainment Stock Photo 10 | photograph |
| VA 2-037-984 | Incarcerated Entertainment Stock Photo 11 | photograph |
| PA 2-060-096 | Efraim Diveroli's 7th Birthday | production, cinematography |