# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INCARCERATED ENTERTAINMENT, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>CNBC LLC; NBCUNIVERSAL MEDIA, LLC; KURTIS PRODUCTIONS, LTD; HULU, LLC; GOOGLE LLC, APPLE INC.; and AMAZON.COM, INC,<br><br>                Defendant. | Civ. No. 1:18-cv-00480-VAC-MPT<br><br>**STIPULATION FOR EXTENSION OF TIME FOR KURTIS PRODUCTIONS, LTD, CNBC LLC, NBCUNIVERSAL MEDIA, LLC, AMAZON.COM, INC, AND HULU, LLC TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff Incarcerated Entertainment, LLC ("Incarcerated Entertainment") and Defendants Kurtis Productions, Ltd., CNBC LLC, NBCUniversal Media LLC, Amazon.Com, Inc., and HULU, LLC (collectively, the "Kurtis, NBC, CNBC, Amazon, and HULU Defendants"), subject to the approval of the Court, that the time within which the Kurtis, NBC, CNBC, Amazon, and HULU Defendants may serve their answer(s), move against, or otherwise respond to Incarcerated Entertainment's Complaint is hereby extended up through and including June 18, 2018. Counsel for the Kurtis, NBC, CNBC, Amazon, and HULU Defendants seek this extension because they request additional time to investigate the allegations set forth in Incarcerated Entertainment's Complaint, consult with their clients, and consider an appropriate response. No party will be prejudiced by this brief extension. Indeed, another defendant in this case has sought and been granted the same extension.

Dated: May 17, 2018

                          Respectfully submitted,

| STAMOULIS & WEINBLATT LLC | BARNES & THORNBURG LLP |
|---|---|
| By: */s/ Richard C. Weinblatt*<br>    Stamatios Stamoulis (#4606)<br>    Richard C. Weinblatt (#5080)<br><br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Phone (302) 999-1540<br>E-mail: Stamoulis@swdelaw.com<br>        Weinblatt@swdelaw.com<br><br>*Attorneys for Plaintiff*<br>*Incarcerated Entertainment, LLC* | /s/ *Thomas E. Hanson, Jr.*<br>Thomas E. Hanson, Jr., Esq. (#4102)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801-1050<br>Phone: (302) 300-3447<br>Fax: (302) 300-3456<br>Email: thanson@btlaw.com<br><br>DAVIS WRIGHT TREMAINE LLP<br><br>Nathan Siegel, Esq. (*pro hac vice* pending)<br>Constance Pendleton, Esq. (*pro hac vice* pending)<br>1919 Pennsylvania Avenue, N.W. Suite 800<br>Washington, D.C. 20006<br>Phone: (202) 973-4200<br>Fax: (202) 973-4499<br>Email: Nathansiegel@dwt.com<br>        conniependleton@dwt.com<br><br>Taaj Reaves, Esq. (*pro hac vice* pending)<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York 10020<br>Phone: (212) 489-8230<br>Fax: (212) 489-8349<br>Email: taajreaves@dwt.com<br><br>*Attorney for Kurtis Productions, LTD, CNBC LLC, NBCUniversal Media, LLC, Amazon.com, Inc., and HULU, LLC* |

**IT IS SO ORDERED** this ___ day of May, 2018

                                            _____
                                            United States District Court Judge